IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10389
Conference Calendar

_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

DEMETRIO VILLARREAL-FLORES,

                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CR-348-1-D
- - - - - - - - - -

October 20, 1999


Before JONES, WIENER, and STEWART, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Demetrio Villarreal-Flores has moved to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Villarreal-Flores has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED. Counsel is

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  See 5TH CIR. R. 42.2.